UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHANNON SPURLOCK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:17-cv-00214-RLY-TAB |
| ) | |
| RECEIVABLES MANAGEMENT ) | |
| PARTNERS, LLC., and ) | |
| JAMES E. PRUETT, ) | |
| ) | |
| Defendants. ) | |

# FINAL JUDGMENT

Today, the court granted the Defendants' Motions for Summary Judgment. As all issues have been resolved, the court enters final judgment in favor of Defendants and against the Plaintiff.

**SO ORDERED** this 27th day of April 2018.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.

1